NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

UNITED ACCESS TECHNOLOGIES, LLC
(FORMERLY INLINE CONNECTION
CORPORATION, BROADBAND TECHNOLOGY
INNOVATIONS, LLC, AND PIE SQUARED, LLC),
*Plaintiff-Appellant,*

v.

EARTHLINK, INC.,
*Defendant-Cross Appellant.*

---

2010-1251, -1273

---

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 02-CV-0272 and 02-CV-0477, Magistrate Judge Mary Patricia Thynge.

---

ON MOTION

---

## ORDER

EarthLink, Inc. moves for a 45-day extension of time, until May 15, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 2 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alfonso Garcia Chan, Esq.
Louis Norwood Jameson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 4 2011

JAN HORBALY
CLERK